# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | Case No. 4:04-cr-070 |
| ) | |
| Jarrod Lilley, ) | |
| ) | |
| Defendant. ) | |

On April 25, 2007, the Defendant made his initial appearance on a petition for revocation of conditions of supervised release. AUSA David Hagler appeared on the government's behalf. Assistant Federal Public Defender William Schmidt was appointed as defense counsel and appeared on the Defendant's behalf.

Pursuant to discussions between the parties and in light of the Court's desire for more information to assist in determining the mental condition of the Defendant and the appropriate disposition of this matter, the Defendant is ordered to submit to a psychological evaluation and assessment. The evaluation and assessment will be conducted on Wednesday, April 25, 2007, by Shelly Paul of West Central Human Services. The evaluation and assessment will be conducted at the Burleigh County Detention Center.

Ms. Paul is to assess intellectual, social, emotional functioning, and any mental disorder or disability. The evaluation and assessment should include a recommendation for treatment. The evaluation and any report shall be sent to the Court.

1

Upon receipt of any report, the Court will distribute copies to counsel. Ms. Paul is also authorized to share her recommendation for treatment with counsel for the Government and counsel for the Defendant.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2006.

/s/ Daniel S. Hovland

Daniel L. Hovland, Chief Judge
United States District Court